UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARYURIS ROSALES,

    Plaintiff,

Case No. 19-cv-13365
Hon. Matthew F. Leitman

v.

WES FINANCIAL AUTO GROUP, INC.,

    Defendant.
_____/

## **ORDER ON STATUS CONFERENCE**

The Court held a telephonic status conference on January 16, 2020. As discussed on the record, it is hereby **ORDERED** that:

- Plaintiff shall file a First Amended Complaint by not later than **February 7, 2020**. In the amended pleading, Plaintiff shall itemize her claimed damages and shall specifically plead a plausible theory of damages that, if proven, would entitle her to recover more than $75,000;

- Defendant shall respond within **28 days** after Plaintiff files the First Amended Complaint;

- Plaintiff's Motion to allow a non-local Michigan licensed attorney to act as Plaintiff's co-counsel (ECF No. 7) is **DENIED**; and

1

- Defendant's Motion to Dismiss (ECF No. 4) is **TERMINATED AS MOOT**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 16, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 16, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764