UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARYURIS ROSALES,

    Plaintiff,

v.

    Case No. 19-cv-13365
    Hon. Matthew F. Leitman

WES FINANCIAL AUTO GROUP, INC.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order Granting Defendant's Second Motion to Dismiss, dated April 21, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

    DAVID J. WEAVER
    CLERK OF COURT

    By:    s/Holly A. Monda
           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 21, 2020
Flint, Michigan